ACCEPTED
14-15-00280-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/1/2015 3:47:05 PM
CHRISTOPHER PRINI
CLERK



**HOUSTON | AUSTIN**

ROBERT A. PLESSALA
DIRECT DIAL  713.850.4217
RPLESSALA@andrewsmyers.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 3:47:05 PM
CHRISTOPHER A. PRINE
Clerk

April 1, 2015

**Via E-Filing**
Christopher A. Prine
Clerk of the Court
Court of Appeals – Fourteenth District
301 Fannin Street
Houston, TX 77002

Re:   *Conrad Construction Co., Ltd. vs. Freedmen's Town Preservation Coalition*

------------------------------------------------------------------------

Court of Appeals Number:  14-15-00280-CV
Trial Court Case Number:  2015-02771

Dear Mr. Prine:

Please accept this electronic payment in the amount of $195.00 as the required filing fee to prosecute the above-referenced appeal.

If you have any questions or need anything further, please let me know.

Very truly yours,

Robert A. Plessala

RAP/bhl

4820-3516-5474
3782.1

**Andrews Myers** • Attorneys at Law
3900 Essex Lane, Suite 800 • Houston, Texas 77027-5198
T 713.850.4200  F 713.850.4211 • andrewsmyers.com